**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 20-33117 | HDH | Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | NATIONAL MEDICAL PROFESSIONALS OF T | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| For Period Ending: | 06/30/22 | (2nd reporting period for this case) | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCT. RECEIVABLE OVER 90 DAYS OLD | 2,314,748.00 | 2,314,748.00 | | 22,983.64 | FA |
| 2. FUNDS IN BANK OF AMERICA - NON GOVERNMENT (u) | 0.00 | 13,360.21 | | 13,360.21 | FA |
| 3. FUNDS IN BANK OF AMERICA - GOV DEPS (u) | 0.00 | 189.26 | | 189.26 | FA |
| 4. RETAINER REFUND FROM WEAVER JOHNSTON NELSON (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 5. Merit Based Incentive Payments System (u) bonus for 2020 claims paid through 07/26/2021 | 0.00 | 32.79 | | 32.79 | FA |

TOTALS (Excluding Unknown Values)    $2,314,748.00    $2,333,330.26    $41,565.90    $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL RELATED CASES HAVE BEEN SUBSTANTIVELY CONSOLIDATED. ORDER ENTERED 08/20/2021. LEAD CASE IS ADETPUS HEALTH LLC, 20-33071. ESTIMATED DATE OF CLOSING IS 02/01/2024.

Initial Projected Date of Final Report (TFR): 02/01/22    Current Projected Date of Final Report (TFR): 02/01/24

LFORM1    Ver: 22.06b